UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In Re:                                              Case No.

HUI QIN                                             Chapter 7


                        Debtor(s)
---------------------------------------------------------x


## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

      The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.


Dated: Brooklyn, New York
      May 5, 2024

_____
Debtor

_____
Joint Debtor

_____
Attorney for Debtor

HUZHOU CHUANGTAI RONGYUAN INVESTMENT MANAGEMENT PARTNERSHIP, HUZHOU HUIHENGYING EQUITY INVESTMENT PARTNERSHIP, and
HUZHOU HUIRONGSHENG EQUITY INVESTMENT PARTNERSHIP
C/O Geoffrey Sant
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019

Haitong Securities
No. 888 Zhong Shan Nan Lu
Shanghai, China

Guotai Junan Securities
Room 105-01, Floor 1, Building 9
Financial Street, Xicheng District
Beijing, China

Huarong International Trust Co., Ltd.
No. 333 Zhongshan Road,
Urumqi City
Xinjiang Uygur Autonomous Region,  China

China Railway Water Conservancy & Hydropower Planning and Design Group
No. 1038, Beijing East Road
Nanchang City
Jiangxi Province, China

CITIC Poly Fund
No. 46 Xiaoyun Road, Floor 17
Air China Century Plaza
Chaoyang District
Beijing, China

China Citic Bank
Floors 6-30 and 32-42, Building 1
No. 10 Guanghua Road, Chaoyang District
Beijing, China

Great Panorama International Limited
C/O Y.F. Lam & Co., Solicitors
Suite 2001, 20/F
China United Centre
28 Marble Road, North Point
Hong Kong, China

IDEAL Trend Investments Limited
C/O Woo Kwan Lee & Lo
Room 2801, 28/F
Sun Hung Kai Centre
No. 30 Harbour Road
Wanchai, Hong Kong, China

```
IDEAL Trend Investments Limited
C/O Woo Kwan Lee & Lo
Room 2801, 28/F
Sun Hung Kai Centre
No. 30 Harbour Road
Wanchai, Hong Kong, China

WISE Vanguard Holdings Limited
C/O Woo Kwan Lee & Lo
Room 2801, 28/F
Sun Hung Kai Centre
No. 30 Harbour Road
Wanchai, Hong Kong, China

Zhongrong International Wealth Management Limited
C/O Baker & McKenzie
14th Floor, One Taikoo Place
979 King's Road
Quarry Bay, Hong Kong, China

Yidong Hu
2103 Hua Rong Building, Shennan Avenue
Futian District, Shenzhen
Guandong, China

Hong Qin
Guanghua International Building A, Floor 16
Guanghua Road, Chao Yang District
Beijing, China
```