**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HUI QIN,<br>*aka* MUK LAM LI,<br>*aka* KARL QIN,<br><br>               Debtor. | Case No. 24-41955 (ESS)<br><br>Chapter 7 |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below hereby enter their appearance, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") in the above-captioned chapter 7 case, as counsel for Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership (collectively, the "**Huzhou Entities**").

**PLEASE TAKE FURTHER NOTICE** that the following attorneys request that copies of all notices and pleadings in the above-captioned chapter 7 case be provided and served upon each of them:

        Geoffrey R. Sant
        600 Brickell Avenue, Suite 3100
        Miami, FL 33131
        Tel: (786) 913-4900
        Fax: (786) 913-4901
        Email: geoffrey.sant@pillsburylaw.com

>Andrew C. Smith
>Andrew V. Alfano
>31 West 52nd Street
>New York, NY 10019
>Tel: (212) 858-1000
>Fax: (212) 858-1500
>Email: andrew.smith@pillsburylaw.com
>andrew.alfano@pillsburylaw.com
>
>Hugh M. Ray, III
>609 Main Street, Suite 2000
>Houston, TX 77002
>Tel: (713) 276-7600
>Fax: (713) 276-7673
>Email: hugh.ray@pillsburylaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the Bankruptcy Code sections and the Bankruptcy Rules specified above, but also includes, without limitation, any and all (i) orders and (ii) notices of any application, motion, petition, complaint, demand, request or other pleading in this chapter 7 case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or given with regard to this chapter 7 case, and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute (i) a waiver of rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a U.S. District Court; (ii) a waiver of rights to trial by jury in any proceeding so triable in this chapter 7 case or any case, controversy, or proceeding related thereto; (iii) a waiver of rights to have the U.S. District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal; or (iv) a consent to the jurisdiction of the U.S. Bankruptcy Court for the Eastern District of New York with respect to any proceeding commenced in this case against or otherwise involving the Huzhou Entities, all of which rights and consents the Huzhou Entities reserves; or (v) a waiver of any other rights,

claims, actions, defenses, setoffs, or recoupments, as appropriate, to which the Huzhou Entities are or may be entitled, either at law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments the Huzhou Entities expressly reserves.

DATED: June 13, 2024
New York, New York

*/s/ Andrew V. Alfano*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

Geoffrey R. Sant
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Tel: (786) 913-4900
Fax: (786) 913-4901
geoffrey.sant@pillsburylaw.com

Andrew C. Smith
Andrew V. Alfano
31 West 52nd Street
New York, NY 10019
Tel: (212) 858-1000
Fax: (212) 858-1500
andrew.smith@pillsburylaw.com
andrew.alfano@pillsburylaw.com

Hugh M. Ray, III (*pro hac vice* forthcoming)
609 Main Street, Suite 2000
Houston, TX 77002
Tel: (713) 276-7600
Fax: (713) 276-7673
hugh.ray@pillsburylaw.com

*Counsel for the Huzhou Entities*