# LAW OFFICES OF CHEN & ASSOCIATES, P.C.
## COUNSELORS & ATTORNEYS AT LAW

**Queens Office**
37-12 Prince Street, Suite 9D
Flushing, New York 11354
Tel: (718)886-1858/4858
Fax: (800) 490-0564

**Brooklyn Office**
6402 8th Avenue, Suite 604
Brooklyn, NY 11220
Tel: (347) 899-4777
Fax: (800) 490-0564
www.ymclaw.com

** Yimin Chen
mindy@ymclaw.com
Beini Zhang
betty@ymclaw.com
*Haizhan Zheng
allanzheng@ymclaw.com
*Binyue Xiao
brianna@ymclaw.com

*Admitted in NY
**Admitted in NY&NJ

*Please direct all correspondence to our Queens Office*

June 20, 2024

VIA ECF FILING

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

**In Re Hui Qin (Chapter 7 Case No.: 1-24-41955-ESS)**

Dear Honorable Judge:

     I represent the debtor in the above Chapter 7 bankruptcy petition. I respectfully submit this letter to request a 7-day extension to file the debtor's schedules by June 28, 2024.

     Debtor filed his motion to extend time to file schedules and statements on May 22, 2024 with the hearing date set for July 16, 2024 at 10:30AM. In his motion, the debtor asked the Court for an Order extending the time for the debtor to file schedules and statements from May 22, 2024 until June 21, 2024.

     Due to the debtor's health issues and scheduled medical examinations, he is unable to submit his schedules and statements by June 21, 2024. Debtor expects to submit the required schedules and statements by June 28, 2024, which is a week later than the extended deadline originally requested.

                                           Respectfully submitted,

                                            /s/ *Yimin Chen*
Cc:                                              Yimin Chen, Esq.

Via ECF: All counsels of record

By U.S.P.S. First-Class Mail:

Haitong Securities
No. 888 Zhong Shan Nan Lu
Shanghai, China

Guotai Junan Securities
Room 105-01, Floor 1, Building 9
Financial Street, Xicheng District
Beijing, China

Huarong International Trust Co., Ltd.
No. 333 Zhongshan Road,
Urumqi City
Xinjiang Uygur Autonomous Region，China

China Railway Water Conservancy & Hydropower Planning and Design Group
No. 1038, Beijing East Road
Nanchang City
Jiangxi Province, China

CITIC Poly Fund
No. 46 Xiaoyun Road, Floor 17
Air China Century Plaza
Chaoyang District
Beijing, China

China Citic Bank
Floors 6-30 and 32-42, Building 1
No. 10 Guanghua Road, Chaoyang District
Beijing, China

Great Panorama International Limited
C/O Y.F. Lam & Co., Solicitors
Suite 2001, 20/F
China United Centre
28 Marble Road, North Point
Hong Kong, China

IDEAL Trend Investments Limited
C/O Woo Kwan Lee & Lo
Room 2801, 28/F
Sun Hung Kai Centre
No. 30 Harbour Road
Wanchai, Hong Kong, China

IDEAL Trend Investments Limited
C/O Woo Kwan Lee & Lo
Room 2801, 28/F
Sun Hung Kai Centre
No. 30 Harbour Road
Wanchai, Hong Kong, China

WISE Vanguard Holdings Limited
C/O Woo Kwan Lee & Lo
Room 2801, 28/F
Sun Hung Kai Centre
No. 30 Harbour Road
Wanchai, Hong Kong, China

Zhongrong International Wealth Management Limited
C/O Baker & McKenzie
14th Floor, One Taikoo Place
979 King's Road
Quarry Bay, Hong Kong, China

Yidong Hu
2103 Hua Rong Building, Shennan Avenue
Futian District, Shenzhen
Guandong, China

Hong Qin
Guanghua International Building A, Floor 16
Guanghua Road, Chao Yang District
Beijing, China

YANSHI HONGYUAN NO. 4 (PINGTAN) INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP)
C/O DGW KRAMER LLP
45 Rockefeller Plaza; 20th Floor;
New York, NY 10111