Andrew V. Alfano
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
31 West 52nd Street
New York, NY 10019
Tel: (212) 858-1051
Email: andrew.alfano@pillsburylaw.com

*Counsel for the Huzhou Creditors*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HUI QIN,<br>*aka* MUK LAM LI,<br>*aka* KARL QIN,<br><br>              Debtor. | Case No. 24-41955 (ESS)<br><br>Chapter 7 |

## CERTIFICATE OF SERVICE

I, Andrew V. Alfano, hereby certify that, on June 25, 2024, I caused true and correct copies of the following document to be served (i) by email on the parties attached hereto as **Exhibit A**; and (ii) by first-class mail on the service list attached hereto as **Exhibit B**:

- The Huzhou Creditors' Objection to the Letter Request for an Extension of Time to File Schedules and Statements Pursuant to 11 U.S.C. § 521.

Dated:  June 25, 2024

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  */s/ Andrew V. Alfano*
      Andrew V. Alfano
      31 West 52nd Street
      New York, NY 10019
      Tel: (212) 858-1000
      Fax: (212) 858-1500
      andrew.alfano@pillsburylaw.com

      *Counsel for the Huzhou Creditors*

## **Exhibit A**

Counsel to Debtor Hui Qin
chenattorney@yahoo.com

Richard J. McCorrd
Certilman Balin Adler & Hyman LLP
rmccord@cbah.com

Office of the United States Trustee
Eastern District of NY (Brooklyn)
USTPRegion02.BR.ECF@usdoj.gov

NYS Department of Taxation & Finance
nys.dtf.bncnotice@tax.ny.gov

**Exhibit B**

Law Offices of Chen & Associates, P.C.
On behalf of Hui Qin
37-12 Prince Street, Suite 9D
Flushing, NY 11354

Richard McCord
Certilman, Balin, Adler & Hyman LLP
90 Merrick Avenue,
East Meadow, NY 11554-1597

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1415

Haitong Securities
No. 888 Zhong Shan Nan Lu Shanghai,
China

Guotai Junan Securities
Room 105-01, Floor 1, Building 9 Financial Street, Xicheng District Beijing, China

Huarong International Trust Co., Ltd. No. 333 Zhongshan Road,
Urumqi City
Xinjiang Uygur Autonomous Region，
China

China Railway Water Conservancy & Hydropower Planning and Design Group
No. 1038, Beijing East Road
Nanchang City
Jiangxi Province, China

CITIC Poly Fund
No. 46 Xiaoyun Road, Floor 17 Air China Century Plaza Chaoyang District
Beijing, China

China Citic Bank
Floors 6-30 and 32-42, Building 1

No. 10 Guanghua Road, Chaoyang District
Beijing, China

Great Panorama International Limited C/O
Y.F. Lam & Co., Solicitors
Suite 2001, 20/F China United Centre
28 Marble Road, North Point Hong Kong,
China

Hong Qin
Guanghua International Building A, Floor
Guanghua Road, Chao Yang District
Beijing, China

IDEAL Trend Investments Limited C/O
Woo Kwan Lee & Lo
Room 2801, 28/F Sun Hung Kai Centre No. 30 Harbour Road
Wanchai, Hong Kong, China

WISE Vanguard Holdings Limited, C/O
Woo Kwan Lee & Lo
Room 2801, 28/F Sun Hung Kai Centre No. 30 Harbour Road
Wanchai, Hong Kong, China

Yanshi Hangyuan No. 4 (Pingtan)
Investment
45 Rockefeller Plaza, 20th Floor
New York, NY 10111-3193

Yidong Hu
2103 Hua Rong Building
Shennan Avenu,e Futian District
Shenzhen, Guandong, China

Zhongrong International Wealth
Management Limited
C/O Baker & McKenzie, 14th Floor
One Taikoo Place
979 King's Road, Quarry Bay
Hong Kong, China