**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HUI QIN,<br>*aka* MUK LAM LI,<br>*aka* KARL QIN,<br><br>               Debtor. | Case No. 24-41955 (ESS)<br><br>Chapter 7 |

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

**PLEASE TAKE NOTICE** that, upon the annexed declaration of movant Hugh M. Ray, III in support of this motion, applicant will move this Court before the Honorable Elizabeth S. Stong at the United States Bankruptcy Court, located at 271-C Cadman Plaza East, Brooklyn, New York 11201-1800, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of Pillsbury Winthrop Shaw Pittman LLP and a member in good standing of the Bars of the States of Texas and New Mexico, as attorney *pro hac vice* to appear and argue in this case and any related adversary proceeding as counsel for Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership.

*[Remainder of page intentionally left blank.]*

DATED: June 26, 2024
        New York, New York

                */s/ Andrew V. Alfano*
                Andrew V. Alfano
                Pillsbury Winthrop Shaw Pittman LLP
                31 West 52nd Street
                New York, NY 10019
                Tel: (212) 858-1000
                Fax: (212) 858-1500
                Email: andrew.alfano@pillsburylaw.com

                Hugh M. Ray, III (*pro hac vice* pending)
                609 Main Street, Suite 2000
                Houston, TX 77002
                Tel: (713) 276-7600
                Fax: (713) 276-7673
                Email: hugh.ray@pillsburylaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

HUI QIN,
*aka* MUK LAM LI,
*aka* KARL QIN,

          Debtor.

Case No. 24-41955 (ESS)

Chapter 7

**DECLARATION IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Hugh M. Ray, III, an attorney duly admitted to practice law in the States of Texas and New Mexico, hereby affirm as follows under penalty of perjury:

1. I am a partner with the law firm of:

   Pillsbury Winthrop Shaw Pittman LLP
   609 Main Street, Suite 2000
   Houston, TX 77002
   (713) 276-7600

2. I submit this declaration under 28 U.S.C. §1746 in support of my motion for admission to practice *pro hac vice* in the above-captioned case and any related adversary proceeding.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing in the Bars of the States of Texas and New Mexico. I am also admitted to practice and in good standing in the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas; the District of Colorado; the District of New Mexico; the United States Supreme Court; the United States Courts of Appeal for the 3rd, 5th, 10th, and 11th Circuits and the United States Tax Court.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5.    I have not been convicted of a felony.

6.    I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.    Wherefore your affirmant respectfully submits that he be permitted to appear as counsel and advocate for Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership, *pro hac vice* in this chapter 7 case and any related adversary proceeding.

I certify that the foregoing is true and correct under penalty of perjury.

DATED: June 26, 2024
        Houston, Texas

                                  */s/ Hugh M. Ray, III*
                                  Hugh M. Ray, III

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 05, 2024

Re: Mr. Hugh Massey Ray III, State Bar Number 24004246

To Whom It May Concern:

This is to certify that Mr. Hugh Massey Ray III was licensed to practice law in Texas on March 12, 1998, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167



*IN THE SUPREME COURT OF THE STATE OF NEW MEXICO*

# *Certificate*

STATE OF NEW MEXICO }
                    } ss.
SUPREME COURT       }

    I, ELIZABETH A. GARCIA, Chief Clerk of the Supreme Court of the State of New Mexico, hereby certify that, upon passing a written examination prescribed by the New Mexico Board of Bar Examiners, **HUGH M. RAY III** was admitted to practice law in the Supreme Court and other courts of the State of New Mexico on **April 24, 2014**, and has at all times since been and is now an active member of the Bar of said Supreme Court in good standing.

    "Good standing" means that the attorney is current on payment of State Bar dues, has complied with Minimum Continuing Legal Education requirements, and is not presently under either administrative or disciplinary suspension. No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



WITNESS, My official signature and the seal of said Court this 25th day of June, 2024.

          *Elizabeth A. Garcia*
      Chief Clerk of the Supreme Court
        of the State of New Mexico

By: *Jessica Gilmore*
                                Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

HUI QIN,
*aka* MUK LAM LI,
*aka* KARL QIN,

              Debtor.

Case No. 24-41955 (ESS)

Chapter 7

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned case is granted. The admitted attorney, Hugh M. Ray, III, is permitted to appear and argue in this bankruptcy case and any related adversary proceedings. The admitted attorney may enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

The Clerk is directed to enter the above attorney's appearance as counsel in the above-captioned case. The above-named attorney must serve a copy of this Order on Debtor's counsel (if any), the case trustee (if any), and all parties who filed notices of appearance, and file a certificate of such service within 10 business days of the date hereof.