**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------x
In re:

Hui Qin aka Muk Lam Li aka Karl Qin

Case No. 24-41955
Chapter: 7

Debtor(s)
------------------------------------------x

## DECLARATION PURSUANT TO LOCAL RULE 1007-1(b)

Hui Qin aka Muk Lam Li aka Karl Qin, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter __7__ of the Bankruptcy Code on __May 8, 2024__

2. __Form 106Sum, Form 106Dec, Schedules A/B, C, D, E/F, G, H, I, J, Form 107, Form 108, Form 122A-1, Form 2030, Pre-Petition Statement Pursuant to E.D.N.Y. LBR 2017−1, and Declaration of Debtor's Unemployment__ were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

4. An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: __July 7, 2024__

/s/ Hui Qin

(Signature of Debtor)