UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
In Re                                                                                                    Case No.: 24-41955

                                                                   Chapter 7

Hui Qin aka Muk Lam Li aka Karl Qin,

                                     Debtor.

---------------------------------------------------------------X

## DECLARATION OF HUI QIN

I, Hui Qin aka Muk Lam Li aka Karl Qin, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

      1. I am the Debtor in the above-captioned application.

      2. I am currently unemployed and have no income.

Dated: July 7, 2024

                                                                                      /s/ Hui Qin
                                                                                         Hui Qin