Richard J. McCord, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Counsel to the Chapter 7 Trustee
90 Merrick Avenue
East Meadow, New York 11554
Phone: (516) 296-7000
Fax: (516) 296-7111

**Hearing Date:** October 22, 2024
**Time:** 10:30 a.m.
**Objections Due:** October 15, 2024
**Time:** 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

HUI QIN a/k/a
MUK LAM LI a/k/a
KARL QIN,

                       Debtor.
-----------------------------------------------------------X

Chapter 7

Case No.: 24-41955-ess

### NOTICE OF MOTION FOR ENTRY OF AN ORDER EXTENDING THE CLAIMS BAR DATE TO JANUARY 15, 2025 AND APPROVING MANNER OF NOTICE THEREOF

**PLEASE TAKE NOTICE** that upon the annexed application of Richard J. McCord, Esq., Chapter 7 Trustee (the "Trustee") for the estate of Hui Qin a/k/a Muk Lam Li a/k/a Karl Qin (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, for an for an order (i) extending the claims bar date from September 16, 2024 to January 15, 2025, and approving notice thereof; and (ii) for such other and further relief as may be just and proper pursuant to 11 U.S.C. §§105(a), 501, 502 and Rules 3001 and 3003 of the Federal Rules of Bankruptcy Procedure (the "Motion"), a hearing (the "Hearing") will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge for the Eastern District of New York, at the United States Courthouse, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201, **on October 22, 2024 at 10:30 a.m**.

      **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion, must be in writing and filed with the Bankruptcy Court by **October 15, 2024, at 4:00 p.m**. (the "Objection Deadline") through the Court's electronic filing systems. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be served, so as to be received by the Objection Deadline, on the Chapter 7 Trustee, Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York

11554, attn: Richard J. McCord, Esq., and (ii) the Office of the United States Trustee, Eastern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE,** all hearings before Judge Stong will be conducted by telephone, video or in person, as the Court deems appropriate. For remote hearings, whether telephonic or video, it is not necessary to contact the Courtroom Deputy to request prior authorization to appear remotely. Whether the hearing is in person or remote, please use eCourt Appearances to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and the party that you represent, if applicable. Please be sure to register at least two business days before your hearing. For remote hearings, you will receive instructions on how to access the hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time and keep your audio and video on mute until your case is called. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. Alternatively, you may access eCourt Appearances on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. **In the event that you are not able to register online**, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date. Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances.

Dated: East Meadow, New York
       September 12, 2024

                **CERTILMAN BALIN ADLER & HYMAN, LLP**
                Counsel to the Chapter 7 Trustee

                By:   /s/ Richard J. McCord
                        **RICHARD J. MCCORD, ESQ.**
                        90 Merrick Avenue
                        East Meadow, NY 11554
                        (516) 296-7000