# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re:                                                        Chapter 7
                                                              Case No.: 24-41955 (ESS)
Hui Qin aka Muk Lam Li,

                           Debtor.
------------------------------------------------------------X

### DECLARATION OF HUI QIN AKA MUK LAM LI AKA

I, Hui Qin aka Muk Lam Li, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1. That I am the Debtor in this action.

2. That I have discharged, Yimin Chen, Esq. and the Law Offices of Chen & Associates, P.C. as my counsel on record for the above bankruptcy case because I could not afford the outstanding attorney fees.

3. I pray this Court to stay the proceeding and give me thirty days (30) to find a new counsel to represent me in this action.

4. This Declaration – including the next paragraph stating that I am making this Declaration under penalty of perjury and that my statements in this Declaration are true and correct - was translated for me from English to Chinese by my daughter, a person I know to be fluent in English and Chinese, my native language. And I signed this Declaration only after it was translated for me and I determined that it is correct.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: September 18, 2024

Signature: _____

Print:    Hui Qin aka Muk Lam Li