UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                                  Chapter 7

HUI QIN a/k/a
MUK LAM LI A/k/a
KARL QIN,                                        Case No.: 24-41955-ess

                  Debtor.
------------------------------------------------------------X

**ORDER SCHEDULING** ~~HEARING~~ *CONFERENCE ON* ~~TO CONSIDER~~ **THE TRUSTEE'SMOTION FOR AN ORDER (I) PURSUANT TO 11 U.S.C. §105(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 APPROVING STIPULATION; (II) PURSUANT TO L.B.R. 9077-1(c) SHORTENING THE NOTICE PERIODS AND SCHEDULING A HEARING ON AN EXPEDITED BASIS** ~~AND (III) GRANTING~~ **SUCH OTHER AND FURTHER RELIEF AS IS JUST** *AND THE RELIEF REQUESTED THEREIN*

       **APPLICATION HAVING BEEN MADE** (Dkt. No. 71) by Richard J. McCord, the Chapter 7 Trustee (the "Trustee") for the estate of Hui Qin a/k/a Muk Lam Li a/k/a Karl Qin (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP seeking the entry of an order (i) pursuant to 11 U.S.C. § 105(a) and Rules 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), approving a stipulation by and between the Trustee, on one hand, and St. Grand Ceremony LLC ("**St. Grand**"), PH2003 Unit LLC ("**PH2003**," and collectively with St. Grand, the "**Owner**") and Duo Liu ("**Liu**," and collectively with St. Grand and PH2003, the "Liu Parties") permitting the sale of two apartments to move forward without the need to litigate in advance who is the actual owner of those apartments; (ii) pursuant to L.B.R. 9077-1(c) shortening the notice periods and scheduling a hearing on an expedited basis on the relief sought herein; and (iii) providing such other and further relief as is just and proper (the "**Motion**"); and sufficient cause appearing therefor; it hereby is

1

**ORDERED**, that a ~~hearing~~ *video conference on the Motion and the relief requested therein* shall be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge in the United States Bankruptcy Court for the Eastern District of New York, Courtroom 3585, 271-C Cadman Plaza East, Brooklyn, New York 11201 on ***October 16, 2024, at 1:00 p.m***~~. or as soon thereafter as counsel can be heard~~ (the **"~~Hearing~~ *Conference*"**), ~~to consider approval of the Motion~~; and it is further

**ORDERED,** that ~~responses~~ *opposition* to the Motion, if any, ~~shall~~ *may* be ~~made~~ *stated* at the ~~Hearing~~ *Conference, and a schedule for the filing of written opposition may be set at the Conference*; and it is further

**ORDERED,** that a copy of this Order and the Motion with all annexed Exhibits, ***and the Trustee's Declaration in Support of the Motion [ECF No. 72],*** shall be served ***to be received*** on or before ***October 1, 2024***, via e-mail if one has been provided by a creditor or creditor's counsel in a Court filing, including proofs of claim, or via ~~first class~~ ***overnight express*** mail to all other known creditors where an e-mail is unknown; and to the Office of the United States Trustee and all parties that have filed a notice of appearance via ECF service protocol; and it is further

**ORDERED,** that proof of service in accordance with this Order shall be filed ~~prior to the Hearing.~~ ***on or before October 1, 2024.***

**ORDERED, that this *conference* will be conducted remotely, via video. It is not necessary to request prior authorization to appear remotely. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgibin/nyebAppearances.pl at least two business days before the scheduled conference. To register, please provide your name, address, e-mail address, telephone number to be used**

**on the conference date, and if appropriate, the party that you represent.  You will receive instructions how to access the conference via email two business days before the conference.**

**On your conference date, please connect at least ten minutes before your scheduled conference time and keep your audio and video on mute until your case is called.**



Dated: Brooklyn, New York
September 30, 2024

_____
Elizabeth S. Stong
United States Bankruptcy Judge