UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re

                                                        Chapter 7

HUI QIN,                                                 Case No. 24-41955-ESS

                              Debtor.
----------------------------------------------------------------x

**ORDER SCHEDULING CONTINUED HEARING ON
TRUSTEE'S MOTION FOR AN ORDER (I) PURSUANT TO 11 U.S.C. §105(a) AND
FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 APPROVING
STIPULATION; (II) PURSUANT TO L.B.R. 9077-1(c) SHORTENING THE NOTICE
<u>PERIODS AND SCHEDULING A HEARING ON AN EXPEDITED BASIS</u>**

        WHEREAS, on May 8, 2024, Hui Qin (the "Debtor"), filed a petition for relief under

Chapter 7 of the Bankruptcy Code; and

        WHEREAS, on May 8, 2024, Richard J. McCord was appointed as Chapter 7 trustee in

this case (the "Trustee"); and

        WHEREAS, on September 26, 2024, the Trustee filed a motion (i) pursuant to 11 U.S.C.

§ 105(a) and Rules 2002(a)(3) and 9019(a) of the Federal Rules of Bankruptcy Procedure

approving a stipulation by and between the Trustee, on one hand, and St. Grand Ceremony LLC

("St. Grand"), PH2003 Unit LLC ("PH2003," and collectively with St. Grand, the "Owner") and

Duo Liu ("Liu," and collectively with St. Grand and PH2003, the "Liu Parties") permitting the

sale of two apartments to move forward without the need to litigate in advance who is the actual

owner of those apartments; (ii) pursuant to L.B.R. 9077-1(c) shortening the notice periods and

scheduling a hearing on an expedited basis on the relief sought herein; and (iii) providing such

other and further relief as is just and proper (the "Motion"); and

        WHEREAS, from time to time, and on December 10, 2024, the Court held a hearing on

the Motion, at which the Debtor, the Trustee, Huzhou Chuangtai Rongyuan Investment

Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership, Zhongrong International Trust Co. Ltd., and SDIC Securities appeared and were heard.

NOW, THEREFORE, based upon the entire record, and good cause appearing, it is hereby

ORDERED, that the Court will hold an in person continued hearing on the Motion on December 30, 2024, at 1:00 p.m., before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED, that this hearing will be conducted in person. All participants, including attorneys, clients, and pro se parties, must register as follows:**

**Please register with eCourt Appearances at** https://www.nyeb.uscourts.gov/node/2126 **at least one business day before the scheduled conference.  To register, please provide your name, address, e-mail address, telephone number to be used on the conference date, and if appropriate, the party that you represent.**

Those unable to access eCourt Appearances should email Judge Stong's Courtroom Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing.  Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.



Dated: Brooklyn, New York
December 11, 2024

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Hui Qin**
C/O 37-12 Prince Street,
Suite 9D
Flushing, NY 11354
khsg2025@gmail.com

**Yimin Chen**
Yimin Chen
37-12 Prince Street, Suite 9D
Flushing, NY 11354

**Richard J. McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

**Robert Nosek**
Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY 11554
516-296-7171
Email: rnosek@certilmanbalin.com

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

**Geoffrey R. Sant**
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Tel: (786) 913-4900
Fax: (786) 913-4901
Email: geoffrey.sant@pillsburylaw.com

**Andrew C. Smith**
**Andrew V. Alfano**
31 West 52nd Street
New York, NY 10019
Tel: (212) 858-1000
Fax: (212) 858-1500
Email: andrew.smith@pillsburylaw.com

4

andrew.alfano@pillsburylaw.com

**Hugh M. Ray, III**
609 Main Street, Suite 2000
Houston, TX 77002
Tel: (713) 276-7600
Fax: (713) 276-7673
Email: hugh.ray@pillsburylaw.com

**Stephen M. Packman**
Harrison H.D. Breakstone
ARCHER & GREINER, P.C.
1211 Avenue of the Americas
Suite 2750
New York, NY 10036-8701

**Jacob Y. Chen**
45 Rockefeller Plaza, 20 th Floor
New York, NY 10111

**Patrick F. Lennon**
Lennon, Murphy & Phillips, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
Tel: (212) 490-6050
Fax: (212) 490-6070
Email: pfl@lmplaw.net

**NIXON PEABODY LLP**
Christopher J. Fong
Paul Downs
55 West 46th Street
New York, NY 10036
Telephone: (212) 940-3000
cfong@nixonpeabody.com
pdowns@nixonpeabody.com

**Vincent C. Yiu**
Kobre & Kim, LLP
800 3rd Avenue
New York, NY 10022
Tel: (212) 488-1200
Fax: (212) 488-1200
Email:Vincent.Yiu@kobrekim.com

**Daniel J. Saval**
Kobre & Kim, LLP
800 3rd Avenue
New York, NY 10022
Tel: (212) 488-1200
Fax: (212) 488-1200
Email: daniel.saval@kobrekim.com


**Donna (Dong Ni) Xu**
Kobre & Kim, LLP
800 3rd Avenue
New York, NY 10022
Tel: (212) 488-1200
Fax: (212) 488-1200
Email: donna.xu@kobrekim.com

**Rongping Wu**
45 Rockefeller Plaza, 20th Floor
New York, NY 10111
Tel: (917) 633-6860
Fax: (917) 633-6183
Email: lwu@dgwllp.com