Richard J. McCord, Esq.
Robert D. Nosek, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Counsel to the Chapter 7 Trustee
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7000

Hearing Date: **January 21, 2025**
Time: **2:30 p.m.**

Objections Date: **January 14, 2025**
Time: **5:00 p.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

HUI QIN a/k/a MUK LAM LI a/k/a KARL QIN,

                     Debtor.
-----------------------------------------------------------------x

Chapter 7

Case No.: 24-41955-ess

## NOTICE OF HEARING TO CONSIDER MOTION FOR AN ORDER (I) PURSUANT TO 11 U.S.C. §105(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 APPROVING SETTLEMENT, COMMON INTEREST AND COOPERATION AGREEMENT; AND GRANTING SUCH OTHER <u>AND FURTHER RELIEF AS IS JUST</u>

**PLEASE TAKE NOTICE,** that a hearing will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge for the Eastern District of New York, at the United States Bankruptcy Court, Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Courtroom 3585, Brooklyn, New York, on the **21st day** of **January, 2025 at 2:30 p.m. (EST),** or as soon thereafter as counsel can be heard, to consider the Motion for an Order (I) pursuant to 11 U.S.C. §105(a) and Federal Rule of Bankruptcy Procedure 9019 Approving Settlement, Common Interest and Cooperation Agreement and (II) Granting Such Other and Further Relief as is Just.

**PLEASE TAKE FURTHER NOTICE**, that objections to the relief requested in the Motion, must be in writing, stating with specificity the basis or bases on which such party in interest objects to the within Motion, filed with the Bankruptcy Court at the Court's website www.nyeb.uscourts.gov (Password and Login Required) and shall be delivered to the Chambers

8460161.1

of the Honorable Elizabeth S. Stong, and a hard copy shall be served upon (i) counsel to the Trustee, Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554 (Attn: Richard J. McCord, Esq.); and (ii) the Office of the United States Trustee, Eastern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, New York 10004-1408 (Attn: Nazar Khodorovsky, Esq.). All filings and service are to be made so as to be actually received by each party on or before **January 14, 2025, at 5:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, all hearings before Judge Stong will be conducted by telephone, video or in person, as the Court deems appropriate. For remote hearings, whether telephonic or video, it is not necessary to contact the Courtroom Deputy to request prior authorization to appear remotely. Whether the hearing is in person or remote, please use eCourt Appearances to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and the party that you represent, if applicable. Please be sure to register at least two business days before your hearing. For remote hearings, you will receive instructions on how to access the hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time and keep your audio and video on mute until your case is called. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. Alternatively, you may access eCourt Appearances on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. **In the event that you are not able to register online**, you may call or email Judge Stong's courtroom deputy for instructions at

(347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date. Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances.

**PLEASE TAKE FURTHER NOTICE**, that the hearing to consider the Motion may be adjourned without further notice other than announcement of such adjournment in Court on the date scheduled for said hearing.

Dated: East Meadow, New York
December 23, 2024

                      **CERTILMAN BALIN ADLER & HYMAN, LLP**
                      Counsel to the Chapter 7 Trustee

By:   /s/ Richard J. McCord
       **RICHARD J. MCCORD, ESQ.**
       **Robert D. Nosek, Esq.**
       90 Merrick Avenue, 9th Floor
       East Meadow, NY 11554
       Phone: (516) 296-7000