**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

In re:                                                                Chapter 7
                                                                            Case No.: 24-41955 (ESS)
Hui Qin
aka Muk Lam Li
aka Karl Li,

                                        Debtor.
-----------------------------------------------------------------X

### ORDER ON MOTION TO WITHDRAW AS COUNSEL
### ON RECORD FOR DEBTOR

Upon the motion of Yimin Chen, Esq. and the Law Offices Chen & Associates, P.C. to withdraw as counsel on record for Debtor, and notice of the motion having been given, and for good cause shown therein.~~, it is hereby;~~

***NOW, THEREFORE, it is hereby***

**ORDERED**:

1. Yimin Chen, Esq. and Law Offices of Chen & Associates, P.C., are hereby relieved as counsel on record from this case;

2. The Debtor ~~is to~~ ***may*** retain substitute counsel, ***and*** if he so chooses, he may file an appearance of new counsel.

3. The Debtor shall file a letter ~~informing the Court~~ ***stating*** where and how he may be served during any time in which he is not represented by counsel.

4. ~~All participants (including attorneys, clients and pro se parties) shall register their appearances through the Court's eCourt Appearances program, by following the instructions set forth on the Court's website, at~~

1

~~https://ecf.nyeb.uscourts.gov/cgibin/nyebAppearances.pl~~. ~~Once registered, Ecourt Appearance will email the dial-in information to each participant;~~

5. Withdrawing counsel shall serve this Order with Notice of Entry on all parties and Debtor within seven days of its entry, **_by January 14, 2025_**.

Dated: Brooklyn, New York
January 7, 2025



Elizabeth S. Stong
United States Bankruptcy Judge