UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

                                                   Chapter 7

HUI QIN a/k/a
MUK LAM LI a/k/a
KARL QIN,

                                                   Case No. 24-41955-ess

                      Debtor.
---------------------------------------------------------X

## ORDER GRANTING, IN PART, TRUSTEE'S APPLICATION TO DISALLOW DEBTOR'S CLAIMED EXEMPTIONS FOR <u>PERSONAL PROPERTY</u>

**APPLICATION HAVING BEEN MADE** (Dkt. No. 67) (the "Application") by Richard J. McCord, the Chapter 7 Trustee (the "Trustee") for the Estate of Hui Qin a/k/a Muk Lam Li a/k/a Karl Qin (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, seeking an Order (i) disallowing the Debtor's claimed exemption for all personal property reflected on Schedule C of the Debtor's bankruptcy petition pursuant to 11 U.S.C. §522(d) and Rule 4003(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and (ii) together with such other, further and different relief as this Court deems just, proper and equitable, and the Notice of Motion and Application having been served upon the Office of United States Trustee, the Debtor, Debtors counsel and all parties that filed a Notice of Appearance; and

**UPON**, a hearing having been conducted before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201 on December 30, 2024, and no objections having been filed or otherwise asserted against the relief sought in the Application; and

**AFTER** due consideration of the Application and the facts spread across the record of this case, and after due deliberation and sufficient cause appearing, therefore; it is hereby

**FOUND** that the Debtor's claimed exemptions for all personal property reflected on Schedule C to the Debtor's bankruptcy petition and schedules shall not exceed the dollar amount value limits or other rights to exemption or limitations thereon, individually or in the aggregate as applicable, set forth in the applicable state or Federal statute(s); and it is THEREFORE

~~**ORDERED**, that the Application be, and it hereby is, GRANTED, IN PART, to the extent set forth herein; and it is further~~

**ORDERED**, that Debtor's claimed exemptions for all personal property reflected on Schedule C to the Debtor's bankruptcy petition and schedules shall not exceed the dollar amount value limits or other rights to exemption or limitations thereon, individually or in the aggregate as applicable, set forth in the applicable state or Federal statute(s).



Dated: Brooklyn, New York
January 22, 2025

_____
Elizabeth S. Stong
United States Bankruptcy Judge

8374916.2