UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                  Chapter 7

HUI QIN                                 Case No. 24-41955-ess
a/k/a MUK LAM LI
a/k/a KARL QIN,

                            Debtor.
-----------------------------------------------------------X

### _ORDER SCHEDULING_ ~~ORDER~~ _CONTINUED HEARING ON MOTION TO COMPROMISE CONTROVERSY_

**APPLICATION HAVING BEEN MADE** [ECF Doc. No. 104] by Richard J. McCord,

the Chapter 7 Trustee (the "**Trustee**") for the estate of  Hui Qin a/k/a Muk Lam Li a/k/a Karl Qin

(the "**Debtor**"), seeking an Order (i) pursuant to 11 U.S.C. § 105(a) and Rules 2002(a)(3) and

9019(a) of the Federal Rules of Bankruptcy Procedure, approving settlement, common interest

and  cooperation agreement by and between Terry Kan and Anita Hou, Court Appointed Joint

Liquidators of the Debtors, SMI Holdings Group Ltd, on the one hand (the "**Liquidators**"), and

the Trustee, on the other hand, permitting, among other things, full and final resolution of the

Liquidators' claims against the Debtor's estate; and (ii) providing such other and further relief as

is just and proper (the "**Motion**"); and a Limited Objection of the Huzhous Creditors  to the

Motion [ECF Doc. No. 113] (the "**Objection**") having been filed with the Court; and the

Honorable Elizabeth S. Stong having conducted a status conference on the Motion on January

21, 2025 (the "Conference_") at which the Trustee, SDIC Securities Co. Ltd., Emma Liu,_

_Precedent Asset Management, Huzhou Entities, Yanshi Hongyuan, and the Liquidators_

_appeared and were heard_ ; and the Trustee indicated during the Conference that he desired to

file supplemental materials responsive to the Objection as well as to certain questions raised by

the Court and parties in interest during a hearing on December 30, 2024 concerning a separate

9019 motion which may relate to this Motion, and in further support of the Motion; and after due deliberation and sufficient cause appearing, for the reasons set forth on the record of the Hearing, the Court issues this scheduling order for further briefing on the Motion; and it is hereby

**ORDERED**, that the Trustee shall file and serve any supplement to the Motion by no later than February 21, 2025; and it is further

**ORDERED**, that creditors and parties in interest shall file and serve any opposition thereto by no later than March 24, 2025; and it is further

**ORDERED**, that the Trustee shall file and serve any reply to opposition filed to the Motion, as supplemented, by no later than April 7, 2025; and it is further

**ORDERED**, that the Hearing be, and hereby is, adjourned to **Friday, April 11, 2025, at 11:00 a.m.** for an in-person hearing, subject to this Court's chambers rules for appearances, _**before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further**_

_**ORDERED, that this hearing will be conducted in person. All participants, including attorneys, clients, and pro se parties, may register to appear as follows:**_

_**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two days before the hearing.**_

*__Those unable to access eCourt Appearances should email Judge Stong's Courtroom__*
*__Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing.__*
*__Your email must include your name, the case number(s), who you represent (if you are an__*
*__attorney), hearing date, and phone number.__*



Dated: Brooklyn, New York
      January 31, 2025

**Elizabeth S. Stong**
**United States Bankruptcy Judge**

8480132.1

To:

**Hui Qin**
C/O 37-12 Prince Street,
Suite 9D
Flushing, NY 11354

**Yimin Chen**
Yimin Chen
37-12 Prince Street, Suite 9D
Flushing, NY 11354

**Richard J. McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

**Robert Nosek**
Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY 11554

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

**Geoffrey R. Sant**
600 Brickell Avenue, Suite 3100
Miami, FL 33131

**Andrew C. Smith**
**Andrew V. Alfano**
31 West 52nd Street
New York, NY 10019

**Hugh M. Ray, III**
609 Main Street, Suite 2000
Houston, TX 77002

**Stephen M. Packman**
Harrison H.D. Breakstone
ARCHER & GREINER, P.C.
1211 Avenue of the Americas

8480132.1

Suite 2750
New York, NY 10036-8701

**Jacob Y. Chen**
45 Rockefeller Plaza, 20 th Floor
New York, NY 10111

**Patrick F. Lennon**
Lennon, Murphy & Phillips, LLC
420 Lexington Ave., Suite 300
New York, NY 10170

**NIXON PEABODY LLP**
Christopher J. Fong
Paul Downs
55 West 46th Street
New York, NY 10036

**Vincent C. Yiu**
Kobre & Kim, LLP
800 3rd Avenue
New York, NY 10022

**Daniel J. Saval**
Kobre & Kim, LLP
800 3rd Avenue
New York, NY 10022

**Donna (Dong Ni) Xu**
Kobre & Kim, LLP
800 3rd Avenue
New York, NY 10022

**Rongping Wu**
45 Rockefeller Plaza, 20th Floor
New York, NY 10111

**Vivian M. Arias, Esq**.
HOLLAND & KNIGHT LLP
787 Seventh Avenue, 31st Floor
New York, New York 10019

**GOETZ PLATZER LLP**
Scott D. Simon, Esq.

8480132.1

One Penn Plaza, Suite 3100
New York, New York 10119