UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

HUI QIN a/k/a MUK LAM LI a/k/a
KARL QIN,

Debtor.
-------------------------------------------------------------------x

Chapter 7

Case No.: 24-41955-ess

**ORDER AUTHORIZING EXAMINATION AND PRODUCTION OF
DOCUMENTS OF JIFA QU AND JIAN QIN PURSUANT TO
BANKRUPTCY RULE 2004**

**APPLICATION HAVING BEEN MADE** (Dkt. No. 153) by Richard J. McCord, Esq.,

the Chapter 7 Trustee (the "**Trustee**") of the estate of Hui Qin a/k/a Muk Lam Li a/k/a Karl Qin

(the "**Debtor**"), by and through his counsel, Certilman Balin Alder & Hyman, LLP, seeking an

Order Order (i) directing Jifa Qu ("**Jifa**") and Jian Qin ("**Jian**") to appear, produce documents and

be examined upon oral examination under oath pursuant to Rule 2004 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"); (ii) authorizing the Trustee to issue one or more

Subpoenas to compel the production of documents from Jifa and Jian, and to compel Jifa and Jian

to appear for an examination, by overnight mail; and (iii) and for such other, further and different

relief as this Court may deem just, proper and equitable (the "**Application**"); and upon said Notice

of Presentment and Application having been served upon the Debtor, Counsel for the Debtor, the

Office of the United States Trustee, Jifa, Jian, and all parties who filed a notice of appearance; and

upon the Objection of 3rd Party Jifa Qu and Jian Qin to the Application (Dkt. No. 156) (the

"**Objection**"); and upon the Reply of the Trustee in further support of the Application and in

response to the Objection (Dkt. No. 164); the Court having conducted a hearing on the relief sought

in the Motion on April 30, 2025, ***at which the Trustee, SDIC Securities Co., Ltd., Jian Qin, and***

8523911.2

***Jifa Qu appeared and were heard,*** the record of which is incorporated herein by reference; and sufficient cause appearing therefore, it is hereby

**ORDERED**, that for the reasons set forth on the record of the Hearing, the Trustee is hereby authorized and empowered pursuant to Bankruptcy Rule 2004 to the extent set forth herein to examine Jifa and Jian, under oath regarding the Debtor's business and financial affairs, and to subpoena documents and information described in the Application and annexed hereto as **"Exhibit A"**; and it is further

**ORDERED**, that the scope of the Trustee's examination of and request for documents and information from Jifa and Jian shall "relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the Debtor's estate" as set forth in Federal Rule of Bankruptcy Procedure 2004(b); and it is further

**ORDERED**, that the Trustee is hereby authorized to serve a copy of this Order, and a subpoena duces tecum ("**Subpoena**"), by overnight mail, at least ten (10) days prior to the date upon which the document request is returnable and at least fourteen (14) days prior to the date upon which the examination is to be conducted, which shall constitute good and sufficient service of this Order and the Subpoena, provided, however, the Trustee and Jifa and Jian, through counsel, shall prior to service of such Subpoena meet and confer via telephone or video conference to discuss possible dates and times for any examination; and it is further

8523911.2

**ORDERED**, that the Court may retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement and enforce the provisions of this Order.



Dated: Brooklyn, New York

May 6, 2025

Elizabeth S. Stong
United States Bankruptcy Judge