Richard J. McCord, Esq.
Robert D. Nosek, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP           **Hearing Date: July 1, 2025**
Attorneys for the Chapter 7 Trustee                      **Time: 10:30 a.m.**
90 Merrick Avenue, 9th Floor                        **Objection Date: June 24, 2025**
East Meadow, New York 11554                             **Time: 4:00 p.m.**
Phone: (516) 296-7000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                          Chapter 7

HUI QIN a/k/a MUK LAM LI a/k/a KARL QIN,

           Debtor.                    Case No.:24-41955-ess
------------------------------------------------------------X

**NOTICE OF MOTION FOR AN ORDER (I) DIRECTING HUI QIN A/K/A MUK LAM
LI A/K/A KARL QIN TO APPEAR FOR THE §341A MEETING OF CREDITORS
SCHEDULED FOR JULY 14, 2025 AT 1:00 P.M.; (II) AWARDING THE TRUSTEE THE
ATTORNEYS' FEES AND COSTS OF THIS MOTION; AND
(III) FOR RELATED RELIEF**

动议通知：
(I)     指示 覃辉（又名 **MUK LAM LI**，又名 **KARL QIN**）出席定于
2025 年 7 月 14 日下 1 点举行的 §341A 债权人会议；
**(II) 判决受托人承担本动议的律师费及相关费用；以及 (III) 要求相关救济**

     **PLEASE TAKE NOTICE** that upon the accompanying motion (the "Motion") of Richard J. McCord, Esq., Chapter 7 Trustee (the "Trustee") for the Estate of Hui Qin a/k/a Muk Lam Li a/k/a Karl Qin (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, seeking the entry of an Order (i) directing the Debtor to cooperate with the Trustee pursuant to 11 U.S.C. Sections 341(a) and 521(a)(3), Rules 4002(a)(1), 9011 and 9014 of the Federal Rules of Bankruptcy Procedure, to appear and be examined under oath at the 341 Meeting of Creditors on July 14, 2025 at 1:00 p.m.; (ii) awarding the Trustee the Attorneys' Fees and Costs of this Motion in the amount of $2,500.00; and (iii) for such other and further relief as may seem just and proper; a hearing (the "Hearing") will be held before the Honorable Elizabeth S. Stong, United States

Bankruptcy Judge for the Eastern District of New York, at the United States Courthouse, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201, on July 1, 2025 at 10:30 a.m.

请注意，根据 覃辉又名 Muk Lam Li 又名 Karl Qin（"债务人"）破产第 7 章受托人 Richard J. McCord 律师（"受托人"）通过其律师律师 Certilman Balin Adler & Hyman, LLP 提出的随附动议（"动议"），寻求颁布命令（i）指示债务人根据《美国法典》第 11 篇第 341(a) 和 521(a)(3) 条、《联邦破产程序规则》第 4002(a)(1)、9011 和 9014 条与受托人合作，于 2025 年 7 月 14 日下午 1 点出席第 341 次债权人会议并接受宣誓审查；(ii) 判给受托人 2,500.00 美元的律师费和本动议的费用；(iii) 用于其他公正和适当的救济；将于 2025 年 7 月 1 日上午 10:30 在位于纽约州布鲁克林卡德曼广场东 271 号法庭 3585 号的美国法院，由纽约东区美国破产法官 Elizabeth S. Stong 阁下主持举行听证会（"听证会"）。

**PLEASE TAKE FURTHER NOTICE,** all hearings before Judge Stong will be conducted in person or video, as the Court deems appropriate. Whether the hearing is in person or by video, please use eCourt Appearances to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number, and the party that you represent, if applicable. Please be sure to register at least two business days before your hearing. For video hearings, you will receive instructions on how to access the hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time and keep your audio and video on mute until your case is called. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. Alternatively, you may access eCourt Appearances on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date. Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances.

请注意，所有在 Stong 法官面前的听证会将以现场或视频方式进行，具体方式由法院酌情决定。无论听证会是现场还是视频形式，请使用 eCourt Appearances 注册出席听证会。注册时，请提供您的姓名、地址、电子邮件地址、电话号码以及您所代表的当事人（如适用）。请务必在听证会前至少两个工作日注册。对于视频听证会，您将在听证会前两个工作日通过电子邮件收到有关如何访问听证会的说明。在听证会当天，请至少在预定的听证会时间前十分钟连接，并将音频和视频静音，直到您的案件被传唤。如果您有 CM/ECF 帐户，您可以在登录 CM/ECF 后，在"实用程序"菜单中访问 eCourt Appearances。或者，您也可以访问法院网站 https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl 上的电子法庭出庭 (eCourt Appearances)。如果您无法在线注册，您可以致电 (347) 394-1864 或发送电子邮件至 ess_hearings@nyeb.uscourts.gov 联系 Stong 法官的法庭副手，获取相关说明。更多有关电子法庭出庭的信息，包括程序使用教程，请访问 https://www.nyeb.uscourts.gov/registering-remote-hearing-appearances-using-ecourt-appearances。

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion, shall be filed and served by **June 24, 2025**, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, shall set forth the basis for the objection and the specific grounds therefore, and shall be filed with the Bankruptcy Court electronically in accordance with the General Order dated December 26, 2002 Governing Electronic Filing Procedures (the "General Order)(which can be found at www.nyeb.uscourts.gov ) by registered users of the Bankruptcy Court's case filing system and by all other parties-in-interest, and served in accordance with the General Order, and shall further be served upon (i) Richard J. McCord, Esq., Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554; and (ii) the Office of the United States Trustee, Eastern District of New York (Brooklyn Office), Office of the United States Trustee, Eastern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, New York 10004-1408; Attn: Nazar Khodorovsky, Esq.

请进一步注意，如对动议中请求的救济有任何异议，均应在 **2025 年 6 月 24 日**之前以书面形式提出并送达，应符合《联邦破产程序规则》和《破产法院地方规则》，应阐明异议的依据和具体理由，并应根据 **2002 年 12 月 26 日**发布的《管理电子申请程序的一般命令》（"一般命令"（可在 **www.nyeb.uscourts.gov** 上找到））由破产法院案件申请系统的注册用户和所有其他利益相关方以电子方式向破产法院提交，并根据一般命令送达，还应送达至（i）Richard J. McCord, Esq., Certilman Balin Adler & Hyman，LLP，90 Merrick Avenue，East Meadow，New York 11554；和（ii）办公室美国受托人，纽约东区（布鲁克林办公室），美国受托人办公室，纽约东区，亚历山大汉密尔顿海关大楼，One Bowling Green，510 室，纽约，纽约 10004-1408；收件人：Nazar Khodorovsky, Esq。

**PLEASE TAKE FURTHER NOTICE**, that the hearing on the Motion may be adjourned without notice other than an announcement at the hearing.

请进一步注意，除听证会上宣布外，该动议的听证会可能会延期，无需另行通知。

Dated:  East Meadow, New York
日期：纽约州东梅多

  May 30, 2025
  **2025 年 5 月 30 日**

      **CERTILMAN BALIN ADLER & HYMAN, LLP**
      Counsel to the Chapter 7 Trustee
      第七章受托人的法律顾问

    By /s/ Richard J. McCord_____
      **RICHARD J. MCCORD, ESQ.**
      **Robert D. Nosek, Esq.**
      90 Merrick Avenue
      East Meadow, New York 11554
      Phone: (516) 296-7000