Richard J. McCord, Esq.
Robert D. Nosek, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
Attorneys the Chapter 7 Trustee
90 Merrick Avenue
East Meadow, New York 11554
Phone: (516) 296-7000
Fax: (516) 296-7111

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

HUI QIN a/k/a MUK LAM LI a/k/a
KARL QIN,

        Debtor.
-------------------------------------------------------------------x

Chapter 7

Case No: 24-41955-ess

## AFFIRMATION IN SUPPORT FOR AN ORDER (I) DIRECTING HUI QIN A/K/A MUK LAM LI A/K/A KARL QIN TO APPEAR FOR THE §341A MEETING OF CREDITORS SCHEDULED FOR JULY 14, 2025, AT 1:00 P.M.; (II) AWARDING THE TRUSTEE THE ATTORNEYS' FEES AND COSTS OF THIS MOTION; <u>AND (III) FOR RELATED RELIEF</u>

支持以下命令的确认书：**(I)** 指示 覃辉（又名 **MUK LAM LI**，又名 **KARL QIN**）出席定于 **2025** 年 **7** 月 **14** 日下午 **1** 点举行的第 **341A** 条债权人会议；
**(II)** 判决受托人承担本动议的律师费及相关费用；以及 **(III)** 相关救济

     **RICHARD J. McCORD**, the Chapter 7 Trustee (the "Trustee") of the Estate of Hui Qin

a/k/a Muk Lam Li a/k/a Karl Qin (the "Debtor or "Defendants"), in the above-captioned adversary

proceeding, respectfully represents as follows:

**RICHARD J. McCORD**，Hui Qin（又名 **Muk Lam Li**，又名 **Karl Qin**）（以下简称"债务人"或"被告"）破产的第 **7** 章受托人（以下简称"受托人"），在上述对抗程序中谨作如下陈述：

<u>**JURISDICTION AND VENUE**</u>

<u>管辖权和地点</u>

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. Venue of the adversary proceeding and of this Application is proper in this judicial district pursuant to 28 U.S.C. §1409. The statutory predicate for relief sought herein is 11 U.S.C. §§341(a) and 521(a)(3), Rules 4002(a)(1), 9011 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**1.**   根据美国法典第 **28** 卷第 **157** 条和第 **1334** 条，本法院对本案拥有管辖权。根据美国法典第 **28** 卷第 **1409** 条，对抗性程序及本申请的审理地点均在本司法辖区。本案寻求救济的法定依据为美国法典第 **11** 卷第 **341(a)**条和第 **521(a)(3)** 条，以及《联邦破产程序规则》（简称"破产规则"）第 **4002(a)(1)**、**9011** 条和 **9014** 条。

## **FACTUAL BACKGROUND**

事实背景

2.   On May 8, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York.

**2.**   **2024** 年 **5** 月 **8** 日（"申请日"），债务人根据美国法典第 **11** 篇第 **7** 章（"破产法"）向纽约东区破产法院提交了自愿救济申请。

3.   In 2018, the Debtor was listed by Forbes Magazine as having a net worth

of $1.8 billion dollars as of March 6, 2018.

**3.**   **2018** 年，《福布斯》杂志将债务人的净资产列为截至 **2018** 年 **3** 月 **6** 日的 **18** 亿美元。

4.   By order entered August 26, 2024 [ECF Doc. No. 60] (the "Extension Order"), the

Court extended the Debtor's time in which to file his schedules and statement of financial affairs to

July 8, 2024.

8572648.1

4.　　　法院于 **2024 年 8 月 26 日**下达命令 **[ECF 文件第 60 号]**（"延期令"），将债务人提交时间表和财务状况报表的期限延长至 **2024 年 7 月 8 日**。

5.　　　The Extension Order states that "this Order is without prejudice to any arguments the Debtor or any party in interest may make concerning the Debtor's compliance with orders of the Court or the requirements of the Bankruptcy Code and Bankruptcy Rules."

**5.**　　　延期令规定，"本命令不影响债务人或任何利益相关方就债务人遵守法院命令或破产法和破产规则的要求提出的任何论点。"

6.　　　The Debtor filed his Schedule A/B on July 8, 2024 under penalty of perjury [ECF Doc. No. 27-4] ("Schedule A/B").

6.　　　债务人于 2024 年 7 月 8 日提交了 A/B 附表，并受伪证处罚[ECF 文件第 27-4 号]（"A/B 附表"）。

7.　　　Schedule A/B reflects several assets with very limited information or unknown values.

7.　　　附表 A/B 反映了几项信息非常有限或价值未知的资产。

8.　　　During a hearing before the Court on November 12, 2024, the Court permitted the Debtor to "file amended schedules to indicate approximate value of property identified as "unknown value" by 11/26/2024." *See* ECF Dkt. Entry 11/12/2024.

8.　　　在 2024 年 11 月 12 日的听证会上，法院允许债务人"在 2024 年 11 月 26 日之前提交修改后的清单，以表明被认定为"价值未知"的财产的大致价值"。参见 ECF 文件条目，2024 年 11 月 12 日。

9.　　　The Debtor filed his Statement of Financial Affairs for Individuals Filing for Bankruptcy under penalty of perjury [ECF Doc. No. 27-13] (the "SoFA") on July 8, 2024.

8572648.1

9.      债务人于 2024 年 7 月 8 日提交了《个人破产申请财务状况声明》（伪证处罚规定）[ECF 文件编号 27-13]（以下简称"SoFA"）。

10.      The Debtor's first § 341(a) Meeting of Creditors ("341 Meeting") was scheduled for June 12, 2024, at 12:00 p.m. (the "June 12 Meeting"). The Debtor appeared at the June 12 Meeting via Zoom with his counsel also separately appearing, and with several creditors also appearing. The 341 Meeting was opened at the June 12 Meeting, with the Trustee qualifying as permanent trustee.

10.      债务人首次根据《第 341(a)条》召开的债权人会议（"341 会议"）原定于 2024 年 6 月 12 日中午 12:00 举行（"6 月 12 日会议"）。债务人通过 Zoom 出席了 6 月 12 日的会议，其律师也单独出席，另有几位债权人出席。341 会议于 6 月 12 日的会议上开幕，受托人获得永久受托人的资格。

11.      The Debtor was sworn in at the June 12 Meeting, but with questions by the Trustee limited to ones about his name and passport number because the Debtor had not provided his social security card and the photograph on the passport looked different than the Debtor's appearance on the Zoom video feed.

11.      债务人在 6 月 12 日的会议上宣誓，但受托人的问题仅限于有关其姓名和护照号码的问题，因为债务人没有提供其社会保障卡，并且护照上的照片与债务人在 Zoom 视频中的外观不同。

12.      The 341 Meeting was adjourned to July 10, 2024, because of, among other reasons, the Debtor's lack of a social security card and that he had not yet filed his schedules and statement of financial affairs.

12.      第 341 次会议延期至 2024 年 7 月 10 日，原因包括债务人没有社会保障卡，且尚未提交时间表和财务状况报表。

13.      On July 10, 2024, the Trustee opened the continued 341 Meeting of the Debtor (the

8572648.1

"July 10 Creditors Meeting"), at which the Debtor, Debtor's counsel, counsel to the Huzhou Creditors, the Office of the United States Trustee, and several other creditor counsels appeared, with a Mandarin interpreter also attending at the request of the Debtor.

13.　2024 年 7 月 10 日，受托人召开债务人第 341 次会议（简称"7 月 10 日债权人会议"），债务人、债务人的律师、湖州债权人的律师、美国受托人办公室以及其他几位债权人律师出席了会议，应债务人的要求，还有一名普通话翻译出席。

14.　Debtor was questioned under oath during the July 10 Creditors Meeting.

14.　债务人在 7 月 10 日的债权人会议上接受了宣誓质询。

15.　The Debtor's testimony during the July 10 Creditors Meeting concerning his personal property was inconsistent with the information he included on his Schedule A/B.

15.　债务人在 7 月 10 日债权人会议上就其个人财产所提供的证词与其在附表 A/B 中提供的信息不一致。

16.　Outside of the 341 Meeting, the Trustee separately requested of the Debtor that he produce documents and information concerning the Debtor's personal property.

16.　在第 341 次会议之外，受托人还单独要求债务人提供有关债务人个人财产的文件和信息。

17.　During the course of the July 10 Creditors Meeting, the Debtor was asked to produce all documents the Debtor used in preparing his schedules.

17.    在 7 月 10 日的债权人会议期间，债务人被要求出示其在准备时间表时使用的所有文件。

18.    The 341 Meeting was further adjourned to August 14, 2024, on the condition that the Debtor produce the requested documents by July 29, 2024, to which the Debtor agreed.

18.    第 341 次会议进一步延期至 2024 年 8 月 14 日，条件是债务人须在 2024 年 7 月 29 日之前提供所要求的文件，债务人同意了。

19.    On August 19, 2024, the Trustee sent an e-mail to Debtor's counsel requesting certain documents.

19.    2024 年 8 月 19 日，受托人向债务人的律师发送了一封电子邮件，要求提供某些文件。

20.    On August 23, 2024, the Debtor's counsel produced to the Trustee copies of judgments and complaints from the United States and Hong Kong "referenced in the bankruptcy petition" and copies of deeds for the Apartments and Marital Home (collectively, the "Debtor Produced Documents").

20.    2024 年 8 月 23 日，债务人的律师向受托人出示了"破产申请中提及的"美国和香港的判决和起诉书副本以及公寓和婚房契约副本（统称为"债务人出示的文件"）。

21.    On August 26, 2024, the Trustee continued the 341 Meeting, which was attended by the Debtor, Debtor's counsel, counsel to the Huzhou Creditors, the Office of the United States

8572648.1

Trustee, and several other creditor counsels appeared, with a Mandarin interpreter also attending at the request of the Debtor (the "August 26 Meeting").

21.    2024 年 8 月 26 日，受托人继续举行第 341 次会议，债务人、债务人的律师、湖州债权人的律师、美国受托人办公室以及其他几位债权人律师出席了会议，应债务人的要求，一名普通话翻译也出席了会议（"8 月 26 日会议"）。

22.    The Debtor was questioned under oath during the August 26 Meeting.

22.    债务人在 8 月 26 日的会议上接受了宣誓质询。

23.    During the August 26 Meeting, the Trustee addressed his prior request for documents, including that a lot of critical information which the Debtor did not produce such as the information about vehicles, jewelry and personal bank statements.

23.    在 8 月 26 日的会议上，受托人回应了他之前的文件请求，其中包括债务人未提供的许多关键信息，例如有关车辆、珠宝和个人银行对账单的信息。

24.    The Debtor's 341 Meeting was then further adjourned from August 26, 2024, to September 26, 2024, because of the lack of document production by the Debtor.

24.    由于债务人未提供文件，债务人第 341 次会议从 2024 年 8 月 26 日进一步延期至 2024 年 9 月 26 日。

25.    On September 26, 2024, the Trustee continued the 341 Meeting, with the Debtor's counsel appearing but the Debtor not appearing.  The Debtor's 341 Meeting was then further adjourned from September 26, 2024, to November 12, 2024.

25. 　　　　2024 年 9 月 26 日，受托人继续举行 341 次会议，债务人律师出席，但债务人本人未出席。债务人 341 次会议随后从 2024 年 9 月 26 日延期至 2024 年 11 月 12 日。

26. On November 12, 2024, the Trustee continued the 341 Meeting, with the Debtor's counsel appearing but the Debtor not appearing. The Debtor's 341 Meeting was then further adjourned from November 12, 2024, to December 12, 2024.

26. 　　　　2024 年 11 月 12 日，受托人继续举行 341 次会议，债务人律师出席，但债务人本人未出席。债务人 341 次会议随后从 2024 年 11 月 12 日延期至 2024 年 12 月 12 日。

27. On December 12, 2024, the Trustee continued the 341 Meeting, with the Debtor's counsel appearing, but the Debtor did not appear even though he had registered through the appearance portal to attend. Thereafter, the 341 Meeting has been adjourned to: December 26, 2024 at 1:00 p.m., January 13, 2025 at 1:00 p.m., February 13, 2025 at 1:00 p.m.,, March 13, 2025 at 1:00 p.m., April 15, 2025 at 1:00 p.m., May 14, 2025 at 1:00 p.m.; and now the 341 Meeting is scheduled for July 14, 2025 at 1:00 p.m.

27. 　　　　2024 年 12 月 12 日，受托人继续召开 341 次会议，债务人的律师出席，但债务人并未出席，尽管他已通过出庭门户网站登记出席。此后，341 次会议延期至：2024 年 12 月 26 日下午 1:00、2025 年 1 月 13 日下午 1:00、2025 年 2 月 13 日下午 1:00、2025 年 3 月 13 日下午 1:00、2025 年 4 月 15 日下午 1:00、2025 年 5 月 14

8572648.1

日下午 1:00；现 341 次会议定于 2025 年 7 月 14 日下午 1:00 举行。

28.    Attached hereto as **"Exhibit A"** is a copy of the Pacer docket which reflects the numerous adjournments. It should be noted that as of January 2025, the 341 Meeting notice was served by the Trustee upon the Debtor in English and in Mandarin (See Dkt Nos. 122, 141, 152, 166)

28.    附件 A 为 Pacer 案卷副本，其中反映了多次休会。值得注意的是，截至 2025 年 1 月，受托人已向债务人发出了第 341 次会议通知，通知语言为英文和中文（参见案卷号 122、141、152、166）。

29.    It is imperative that the Debtor appear for the continued 341 Meeting for the Trustee to complete a thorough investigation of the Debtor's assets.

29.    债务人必须出席第 341 次会议，以便受托人完成对债务人资产的彻底调查。

30.    The Debtor has a duty to cooperate with the Trustee and appear for a continued examination at the 341 Meeting, not scheduled for July 14, 2025, at 1:00 p.m.

30.    债务人有义务与受托人合作并参加 2025 年 7 月 14 日下午 1 点举行的第 341 次会议的继续审查。

31.    The Trustee respectfully requests the Court to award Attorneys' Fees and costs incurred in connection with preparing for and appearing at the 341 Meeting, filing and appearing in Court in connection with this Motion in the amount of $2,500.00.

8572648.1

31.  受托人恳请法院判给律师费以及与准备和出席第 341 次会议、就此动议提交文件和出庭有关所产生的费用 2,500.00 美元。

## BASIS FOR RELIEF
## 救济依据

32.  Pursuant to Section 341(a) of the Bankruptcy Code "within a reasonable time after the order for relief in a case under this title, the United States trustee shall convene and preside at meeting of creditors". 11 U.S.C. §341(a).

32.  根据《破产法》第 341(a) 条，"在本法规定的案件中，在救济命令下达后的合理时间内，美国受托人应召集并主持债权人会议"。（11 U.S.C. §341(a)）

33.  Section 521(a)(3) of the Bankruptcy Code provides "the debtor shall..cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title". 11 U.S.C. §521(a)(3).

33. 《破产法》第 521(a)(3) 条规定，"债务人应在必要时与受托人合作，以使受托人能够履行本法赋予的受托人职责"。（11 U.S.C. §521(a)(3)）

34.  Bankruptcy Rule 4002(a)(4) states "in addition to performing other duties prescribed by the Code and rules, the debtor shall.. cooperate with the trustee in preparation of an inventory, the examination of proofs of claim, and the administration of the estate". Bankruptcy

10                                                          8572648.1

Rule 4002(a)(4).

34. 破产规则第 4002(a)(4)条规定：“除履行破产法和规则规定的其他义务外，债务人还应……配合受托人编制财产清单、审查债权证明以及管理财产”。破产规则第 4002(a)(4)条规定

35.    Clearly, the Debtor has a duty under the Bankruptcy Code to immediately to cooperate with the Trustee in order for the Trustee to carry out his fiduciary duties.

35. 显然，根据《破产法》，债务人有义务立即与受托人合作，以便受托人履行其信托义务

36.    By virtue of the foregoing, it is respectfully requested that an Order be entered directing the Debtor to cooperate with the Trustee and appear for examination under oath at the 341 Meeting scheduled for July 14, 2025, at 1:00 p.m. and award the Trustee's attorneys' fees and costs associated with the filing of this Motion in the amount of $2,500.00.

36. 鉴于上述情况，我们恳请下达命令，指示债务人与受托人合作，在定于 2025 年 7 月 14 日下午 1 点举行的第 341 次会议上接受宣誓审查，并判给受托人律师费和与提交此动议相关的费用 2,500.00 美元

37.    As the issues raised herein are neither novel nor difficult and the Trustee cites to the relevant statutory and case law, the Trustee respectfully submits that a memorandum of law is not necessary in this instance pursuant to Local Bankruptcy Rule 9013-1(a).

37.    由于本文提出的问题既不新颖也不困难，且受托人引用了相关的成文法和判

8572648.1

例法，因此受托人谨此表示，根据地方破产规则 9013-1(a)，在这种情况下无需制定法律备忘录

**WHEREFORE**, the Trustee respectfully requests the entry of an Order (i) directing the Debtor to cooperate with the Trustee pursuant to 11 U.S.C. Sections 341(a) and 521(a)(3), Rules 4002(a)(1), 9011 and 9014 of the Federal Rules of Bankruptcy Procedure, to appear and be examined under oath at the 341 Meeting of Creditors on July 14, 2025 at 1:00 p.m.; (ii) awarding the Trustee the Attorneys' Fees and Costs of this Motion in the amount of $2,500.00; and (iii) for such other and further relief as may seem just and proper.

因此，受托人恳请颁布命令：（i）指示债务人根据《美国法典》第 11 篇第 341(a) 和 521(a)(3) 条、《联邦破产程序规则》第 4002(a)(1)、9011 和 9014 条的规定与受托人合作，于 2025 年 7 月 14 日下午 1 点出席第 341 次债权人会议并接受宣誓审查；（ii）判给受托人 2,500.00 美元的律师费和本动议的费用；以及（iii）给予其他公正适当的进一步救济。

Dated:    East Meadow, New York
          May 30, 2025

          纽约州东梅多

          2025 年 5 月 30 日

                              **CERTILMAN BALIN ADLER & HYMAN, LLP**
                              Attorneys for the Chapter 7 Trustee
                              第七章信托的律师

                              By:    /s/ Richard J. McCord_____
                                     **RICHARD J. MCCORD, ESQ.**
                                     90 Merrick Avenue
                                     East Meadow, New York 11554

12                                                                    8572648.1

(516) 296-7000

8572648.1