UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x

In re:

HUI QIN a/k/a MUK LAM LI a/k/a KARL QIN,

       Debtor.

------------------------------------------------------x

Chapter 7

Case No. 24-41955-ess

## ORDER APPROVING AGREED CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER

Upon the Certification of Counsel, the Confidentiality Agreement and Stipulated Protective Order (the "Stipulation and Protective Order"), a copy of which is attached hereto as **Exhibit 1**, entered into by and among (a) Richard J. McCord, Esq., the Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Hui Qin a/k/a Muk Lam Li a/k/a Karl Qin, the debtor ("Debtor") in the above-captioned chapter 7 case ("Chapter 7 Case"); (b) Duo Liu a/k/a Emma Liu ("Liu"); and (c) any other persons or entities who become bound by this Order by signifying their assent through execution of the Declaration, attached hereto as **Exhibit A**, and it appearing that sufficient notice of the Stipulation and Protective Order has been given; and after due deliberation; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.    The Stipulation and Protective Order is hereby APPROVED;

2.    The Parties are authorized to enter into the Stipulation and Protective Order, substantially in the form attached hereto as Exhibit 1; and

3. The rights of all Parties and non-Parties to the Stipulation and Protective Order to move to amend this Order or the Stipulation and Protective Order are fully reserved.

8514285.2