UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

                                                                                                Chapter 7

HUI QIN a/k/a MUK LAM LI a/k/a
KARL QIN,                                                      Case No: 24-41955-ess

            Debtor.
---------------------------------------------------------X

**ORDER (I) DIRECTING HUI QIN A/K/A MUK LAM LI A/K/A KARL QIN TO APPEAR FOR THE §341A MEETING OF CREDITORS SCHEDULED FOR JULY 14, 2025, AT 1:00 P.M.;** ~~(II) AWARDING THE TRUSTEE THE ATTORNEYS' FEES AND COSTS OF THIS MOTION;~~ **AND (III) FOR RELATED RELIEF**

**A MOTION HAVING BEEN MADE** (Dkt. No. 177) (the "Motion") by Richard J. McCord, the Chapter 7 Trustee (the "Trustee") for the estate of Hui Qin a/k/a Muk Lam Li a/k/a Karl Qin (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, seeking an Order (i) directing the Debtor to cooperate with the Trustee pursuant to 11 U.S.C. Sections 341(a) and 521(a)(3), Rules 4002(a)(1), 9011 and 9014 of the Federal Rules of Bankruptcy Procedure, to appear and be examined under oath at the 341 Meeting of Creditors on July 14, 2025 at 1:00 p.m.; (ii) awarding the Trustee the Attorneys' Fees and Costs of this Motion in the amount of $2,500.00; and (iii) for such other and further relief as may seem just and proper ("Motion"); and upon said Motion having been served upon the Debtor, the Office of the United States Trustee and all parties that filed a notice of appearance, and a hearing on the Motion having been conducted by the Honorable Elizabeth S. Stong on July 1, 2025***, at which the Trustee, SDIC Securities Co., Ltd., Precedent Asset Management, and the Huzhou Creditors appeared and were heard, and the Debtor did not appear***; and no additional notice is necessary or required; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED**, that the Motion is hereby granted, in part, to the extent set forth herein, and the hearing on the balance of the related relief requested in the Motion has been adjourned to July 29, 2025, at 10:30 a.m.; and it is further

**ORDERED**, that the Debtor is hereby directed to cooperate with the Trustee in the administration of this case and appear and be examined under oath at the Section341A Meeting of Creditors scheduled for July 14, 2025, at 1:00 p.m.; and it is further

*<u>**ORDERED**, that the Debtor is directed to contact the Trustee, Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554, (516) 296-7801, rmccord@certilmanbalin.com to schedule any necessary adjournment of the July 14, 2025, Section 341 Meeting of Creditors; and it is further</u>*

~~**ORDERED**, that the Court hereby grants monetary sanctions in favor of the Trustee against the Debtor, in the amount of $2,500.00, for the legal fees incurred by the Trustee in connection with the Motion, which shall be made payable to Certilman Balin Adler & Hyman, LLP, and remitted in certified funds so as to be received on or before July 15, 2025.~~

*<u>**ORDERED**, that in order to obtain information about the Section 341 Meeting of Creditors, the Debtor may contact Elise Kanter, Esq., Pro Se Law Clerk, via telephone, Monday through Friday between 9:00 a.m. and 3:00 p.m., at (347) 394-1738, or via email at Elise_Kanter@nyeb.uscourts.gov.</u>*

Dated: Brooklyn, New York
July 11, 2025



_____
Elizabeth S. Stong
United States Bankruptcy Judge