CERTILMAN BALIN ADLER & HYMAN, LLP
Counsel to the Chapter 7 Trustee
Richard J. McCord, Esq.
Robert D. Nosek, Esq.
90 Merrick Avenue
East Meadow, NY 11554
Phone: (516) 296-7000
Fax: (516) 296-7111

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

                                       Chapter 7

HUI QIN a/k/a MUK LAM LI a/k/a KARL QIN,      Case No. 24-41955-ess

                Debtor.

------------------------------------------------------------x

## NOTICE OF ADJOURNED 341(a) MEETING OF CREDITORS
## 债权人 341(a) 会议延期通知

    **PLEASE TAKE NOTICE that the Section 341(a) Meeting of Creditors of Hui Qin,** the debtor in the above-captioned chapter 7 case, has been adjourned from July 30, 2025, at 1:00 p.m. to **September 10, 2025, at 3:00 p.m.** (the "Meeting").

    请注意，上述第 7 章案件的债务人 Hui Qin（覃辉）其第 341(a) 条之债权人会议已从 2025 年 7 月 30 日下午 1 时正延期至 **2025 年 9 月 10 日下午 3 时正。**（"有关会议"）。

    **PLEASE TAKE FURTHER NOTICE** that access to the Meeting is available through Zoom.us/join - McCord: Meeting ID 554 489 0191, Passcode 8004435576, Phone 1 (516) 898-7526.

    请进一步注意，有关会议可通过 Zoom.us/join - McCord 出席。有关会议 ID 554 489 0191，密码 8004435576，电话拨号 1 (516) 898-7526。

Dated: East Meadow, New York
       August 1, 2025

已注明日期：纽约州东梅多
      2025 年 8 月 1 日

             **CERTILMAN BALIN ADLER & HYMAN, LLP**
             Counsel to the Chapter 7 Trustee
             第 7 章受托人的律师

      By:    /s/ Richard J. McCord
             **RICHARD J. MCCORD, ESQ**
             **Robert D. Nosek, Esq.**
             90 Merrick Avenue
             East Meadow, New York 11554
             (516) 296-7000

8635746.1