# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Vivian M. Arias
+1 212-751-3325
Vivian.Arias@hklaw.com

September 2, 2025

*Via ECF*

Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201-1800

> Re: In re: Hui Qin a/k/a Muk Lam Li, Karl Qin
> Chapter 7 Debtor Case
> No. 24-41955-ess

Dear Judge Stong:

Our firm represents Precedent Asset Management-4B, LLC ("PAM 4B"), in connection with the above-referenced action. We file this letter in accordance with the Court's order that the parties file a status letter ahead of the hearing scheduled for Wednesday, September 3, 2025 on PAM 4B's Motion for Determination of Inapplicability of the Automatic Stay, or, in the Alternative, Relief From The Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and (2) (the "Motion") [ECF Doc. No. 178].

We file this letter after consultation with respective counsels to the Trustee (Robert Nosek), Duo Liu, St. Grand Ceremony LLC, PH2003 Unit LLC (Christopher Fong), the Residential Board of Managers of the Plaza Condominium (Rachel Ginzburg and Steven Smith) and PAM 4B (Vivian Arias and Courtney Lerias). After the hearing in this case on August 22, 2025, and continuing last week and this week, the parties have continued discussions on a form of consent order that would resolve both the pending matters currently before the Court concerning relief from the automatic stay, including exchanging several rounds of comments. The parties are close, but have not received final approvals necessary to submit the consent order to the Court.

Given that approvals are needed from business people who will not be appearing in Court at the hearing, we would respectfully request permission to appear virtually or a brief adjournment on consent of the motions.

We thank the Court for its consideration of these matters.

Honorable Elizabeth S. Stong
September 2, 2025
Page 2


Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Vivian M. Arias*

Vivian M. Arias