UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

In re:

HUI QIN,                                                Chapter 7
A/K/A MUK LAM LI                                        Case No. 24-41955-ess
A/K/A KARL QIN

                                    Debtor.
-------------------------------------------------------------- x

### ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE GRANTED AND DIRECTING THE DEBTOR TO APPEAR AT THE SECITON 341 MEETING OF CREDITORS

WHEREAS, on May 8, 2024, Hui Qin (the "Debtor") filed a petition under Chapter 7 of the Bankruptcy Code; and

WHEREAS, Richard J. McCord was appointed as Chapter 7 trustee in this case (the "Chapter 7 Trustee"); and

WHEREAS, on June 4, 2025, the Chapter 7 Trustee filed a motion seeking (i) an order directing the Debtor to cooperate with the Chapter 7 Trustee pursuant to Bankruptcy Code Sections 341(a) and 521(a)(3) and Bankruptcy Rules 4002(a)(1), 9011, and 9014; (ii) attorney's fees and costs in the amount of $2,500; and (iii) such other relief as is just and proper (the "Motion to Direct"); and

WHEREAS, Bankruptcy Code Section 521(a)(3) provides that "the debtor shall . . . cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title"; and

WHEREAS, Bankruptcy Rule 4002(a)(4) provides that "the debtor shall . . . cooperate with the trustee in preparation of an inventory, the examination of proofs of claim, and the administration of the estate"; and

WHEREAS, on July 1, 2025, the Court held a hearing on the Motion to Direct at

which the Chapter 7 Trustee, SDIC Securities Co., Precedent Asset Management 4B, and the Huzhou Creditors appeared and were heard, and the Debtor did not appear; and

WHEREAS, on July 11, 2025, the Court entered an order, ECF No. 191, granting the Motion to Direct in part, directing the Debtor to cooperate with the Chapter 7 Trustee in the administration of this case, directing the Debtor to contact the Chapter 7 Trustee, and directing the Debtor to appear at the Section 341 meeting of creditors (the "July Order"); and

WHEREAS, the Debtor did not attend Section 341(a) Meetings of Creditors held on July 14, 2025, or September 10, 2025; and

WHEREAS, on September 29, 2025, the Court held a continued hearing on the Motion to Direct at which the Chapter 7 Trustee, Precedent Asset Management 4B, Duo Liu, SDIC Securities Co., Axios Bank, and the Residential Board of Managers of the Plaza Condominium appeared and were heard, and the Debtor did not appear; and

WHEREAS, on October 7, 2025, the Court entered an order, ECF No. 224, directing the Debtor to cooperate with the Chapter 7 Trustee in the administration of this case, to contact the Chapter 7 Trustee, to appear at the Section 341 meeting of creditors, and to appear at a continued hearing on the Motion to Direct scheduled for December 16, 2025 (the "October Order"); and

WHEREAS, the Debtor did not attend Section 341 Meetings of Creditors held on October 9, 2025, or November 12, 2025; and

WHEREAS, on December 16, 2025, the Court held a hearing on the Motion to Direct at which the Chapter 7 Trustee, SDIC Securities Co., Precedent Asset Management 4B, the Huzhou Creditors, and the Board of Managers of the Plaza Condominium appeared and were heard, and the Debtor did not appear; and

WHEREAS, as of the date of this Order, the Debtor has not attended the Section 341(a) Meeting of Creditors or cooperated with the Chapter 7 Trustee, as required by the Bankruptcy Code and the Bankruptcy Rules.

**NOW, THEREFORE**, it is hereby

**ORDERED,** that the Debtor is directed to contact the Trustee, Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554, (516) 296-7801, rmccord@certilmanbalin.com to schedule an adjourned Section 341 Meeting of Creditors; and it is further

**ORDERED,** that the Debtor is directed to cooperate with the Trustee in the administration of this case and appear at the Section 341 Meeting of Creditors scheduled for January 14, 2026; and it is further

**ORDERED,** that the Court will hold a continued video hearing on the Motion to Direct on January 27, 2026, at 10:30 a.m., before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED**, that the Debtor is directed to appear at the January 27, 2025, hearing to show cause why sanctions should not be granted for the Debtor's failure to comply with the October Order and the July Order; and it is further

**ORDERED**, that before the January 27, 2026, hearing, the Trustee shall inform the Courtroom Deputy, by telephone or in writing, whether or not the Debtor has attended the Section 341 Meeting of Creditors; and it is further

**ORDERED,** that in order to obtain information about the Section 341 Meeting of Creditors and contacting the Chapter 7 Trustee, the Debtor may contract Elise Kanter, Esq.

Pro Se Law Clerk, via telephone, Monday through Friday between 9:00 a.m. and 3:00 p.m., at (347) 394-1738, or via email at Elise_Kanter@nyeb.uscourts.gov; and it is further

**ORDERED,** that this hearing will be conducted remotely, via video.  It is not necessary to request prior authorization to appear remotely.  All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least two business days before the scheduled hearing.   To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent.  You will receive instructions how to access the hearing via email two business days before the hearing.**

**On your hearing date, please connect at least ten minutes before your scheduled hearing time and keep your audio and video on mute until your case is called.**



Dated: Brooklyn, New York
       December 23, 2025

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Hui Qin**
C/O 37-12 Prince Street,
Suite 9D
Flushing, NY 11354

**Richard J. McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

**Robert Nosek**
Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY 11554

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

**Geoffrey R. Sant**
600 Brickell Avenue, Suite 3100
Miami, FL 33131

**Andrew C. Smith**
**Andrew V. Alfano**
31 West 52nd Street
New York, NY 10019

**Hugh M. Ray, III**
609 Main Street, Suite 2000
Houston, TX 77002

**Stephen M. Packman**
Harrison H.D. Breakstone
ARCHER & GREINER, P.C.
1211 Avenue of the Americas
Suite 2750
New York, NY 10036-8701

5

**Jacob Y. Chen**
45 Rockefeller Plaza, 20 th Floor
New York, NY 10111

**Patrick F. Lennon**
Lennon, Murphy & Phillips, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
NIXON PEABODY LLP

**Christopher J. Fong**
Paul Downs
55 West 46th Street
New York, NY 10036

**Vincent C. Yiu**
Kobre & Kim, LLP
800 3rd Avenue
New York, NY 10022

**Daniel J. Saval**
Kobre & Kim, LLP
800 3rd Avenue
New York, NY 10022

**Donna (Dong Ni) Xu**
Kobre & Kim, LLP
800 3rd Avenue
New York, NY 10022

**Rongping Wu**
45 Rockefeller Plaza, 20th Floor
New York, NY 10111

**Vivian M. Arias, Esq.**
HOLLAND & KNIGHT LLP
787 Seventh Avenue, 31st Floor
New York, New York 10019

**GOETZ PLATZER LLP**
Scott D. Simon, Esq
One Penn Plaza, Suite 3100
New York, New York 1011

**Courtney J. Lerias**

One Battery Park Plaza, 18th Floor
New York, New York 10004

**JOSEPH C. COLUCCI, Esq.**
Colucci Law Firm, P.C.
One Hadley Avenue
Toms River, New Jersey 08753

**HERRICK, FEINSTEIN LLP**
Steven B. Smith
2 Park Avenue
New York, NY 10016

**HERRICK, FEINSTEIN LLP**
Rachel H. Ginzburg
2 Park Avenue
New York, NY 10016