

Scott D. Simon
Partner
ssimon@goetzplatzer.com

June 4, 2026

**Via Email and ECF**

Richard J. McCord
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
rmccord@certilmanbalin.com

**Re:   *In re Hui Qin*, EDNY Bankruptcy Case No. 24-41955 (ESS)**

Dear Mr. McCord:

This is a "Drawdown Request," as that term is defined in the *So-Ordered Stipulation Concerning Procedures for Drawing Money from an Escrow Held By the Chapter 7 Trustee* dated January 13, 2026, and entered by the Court on January 16, 2026 (ECF 232, "Escrow Order").

Please be advised that the funds from the prior drawdown, received on or about March 10, 2026, have dropped below $10,000.00. As provided in the Escrow Order, kindly deliver a check in the amount of $75,000.00 payable to "Goetz Platzer LLP, as counsel" by overnight courier to my office. **My office address has changed.** We are now located at 1325 Avenue of the Americas, 14th Fl., New York, NY 10019.

Thank you in advance for your attention to this matter.

Very truly yours,

**GOETZ PLATZER LLP**

By: _____
        Scott D. Simon

cc:    Robert Nosek, *counsel for Chapter 7 Trustee* (rnosek@certilmanbalin.com)
        Vincent Yiu, *counsel for Huzhou Creditors* (vincent.yiu@kobrekim.com)

☐ 225 Broad Hollow Road | Suite 303
Melville, NY 11747
T: 212.695.8100 / 212.593.3000
F: 212.629.4013

☐ 1325 Avenue of the Americas | 14th Floor
New York, NY 10019
T: 212.695.8100 / 212.593.3000
F: 212.629.4013

☐ 601 Route 73 North | Suite 305
Marlton, NJ 08053
T: 201.612.4444
F: 212.629.4013

goetzplatzer.com